IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD WATKINS, | : Honorable Judge Mehalchick |
| | : Honorable MJ Carlson |
| Plaintiff | : |
| | : |
| v. | : No. 24-cv-604 |
| | : |
| JOHN WETZEL, et al., | : |
| | : |
| Defendants | : Filed Via Electronic Case Filing |

## ORDER

NOW, this 30th day of October 2024, upon consideration of the Defendants' motion to stay the proceedings in this matter, it is hereby ordered that the Defendants' motion is granted. This matter shall be stayed, pending further order of the Court.

BY THE COURT:

S/Martin C. Carlson
Martin C. Carlson,
U.S. Magistrate Judge