UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD WATKINS,** | : | Civil No. 3:24-CV-604 |
| Plaintiff, | : | (Judge Mehalchick) |
| v. | : | |
| **JOHN WETZEL, et al.,** | : | (Magistrate Judge Carlson) |
| Defendants | : | |

## MEMORANDUM AND ORDER

The background of this order is as follows:

The plaintiff has filed a motion to amend his complaint, (Doc. 210), but the motion is not accompanied by a proposed amended complaint. Therefore, the motion does not comply with Local Rule 15.1 which provides as follows:

**LR 15.1 Amended Pleadings.**

**(a) Proposed amendment to accompany the motion.**

When a party files a motion requesting leave to file an amended pleading, the proposed amended pleading must be retyped or reprinted so that it will be complete in itself including exhibits and shall be filed on paper as a separate document or, in the Electronic Filing System, as an attachment to the motion. If the motion is granted, the clerk shall forthwith file the amended pleading. Unless otherwise ordered, an amended pleading that does not add a new defendant shall be deemed to have been served for the purpose of determining the time for response under Fed. R. Civ. P.

1

> 15(a), on the date the court grants leave for its filing. A party granted leave to amend its pleading, when the amended pleading would add a new defendant, shall file and effect service of the amended pleading within thirty (30) days after the date of the Order granting leave for its filing.
>
> **(b) Highlighting of amendments.**
>
> The party filing the motion requesting leave to file an amended pleading shall provide: (1) the proposed amended pleading as set forth in subsection (a) of this rule, and (2) a copy of the original pleading in which stricken material has been lined through and any new material has been inserted and underlined or set forth in bold-faced type.

Local Rule 15.1.

Since the motion to amend does not fully comply with Local Rule 15.1, by providing us with proposed amended complaint identifying additions and deletions, something which would greatly facilitate the resolution of this motion, IT IS ORDERED as follows:

1. The plaintiff's latest motion to amend, (Doc. 210), is DENIED without prejudice. If the plaintiff wishes for us to consider a further amendment of his complaint, the plaintiff is directed to prepare a comprehensive proposed amended complaint, and submit this proposed amended complaint, along with a motion to amend in the form called for by Local Rule 15.1, and a brief in support of this motion.

SO ORDERED, this 6th day of February 2025.

                                                  */s/ Martin C. Carlson*
                                                  Martin C. Carlson
                                                  United States Magistrate Judge